

**KamberLaw, LLC**

100 Wall Street, 23rd Floor
New York, New York 10005
t 212.920.3072  f 212.920.3081

www.kamberlaw.com

*BY ECF FILING*

March 23, 2011

Hon. Clay D. Land
U.S. District Judge
Post Office Box 2017
Columbus, Georgia  31902

Re:     Manard, Andrew vs. Knology – 4:10-cv-00015-CDL

Dear Judge Land:

This is to follow up on the Order entered today in the above-referenced action and in furtherance to my call to your Courtroom Clerk.

We apologize that we did not adequately inform the Court of the rescheduling of the February 28, 2011 mediation.  That mediation was rescheduled to this coming Thursday, March 24, 2011, before The Hon. Stanley F. Birch (Ret.).  The Parties have already provided materials to Judge Birch and have held teleconferences with him in preparation of the mediation.  It remains the intention of the parties to work in good faith to successfully conclude the mediation and present a class-wide resolution to this Court for approval.

Plaintiff respectfully requests that the above-referenced matter remain active and that the Parties be instructed to provide the Court a written status report on the outcome of the mediation on or before March 30, 2011.

Respectfully submitted,

         /s

Scott A. Kamber (*pro hac vice*)


Cc:  *By ECF Service List*

New York / California