IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| ANDREW PAUL MANARD, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO. 4:10-CV-15-CDL |
| KNOLOGY, INC., | ) |
| Defendant. | ) |

## SECOND JOINT STATUS REPORT OF THE PARTIES

In response to the Court's order of March 22, 2011, the parties state as follows: The parties mediated this case on March 24, and were unsuccessful in reaching a settlement. The parties have continued their negotiations after the mediation, but have not yet reached any agreement.

This the 31st day of March, 2011.

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

By:   /s/ Marcus B. Calhoun, Jr.
      Marcus B. Calhoun, Jr.
      Georgia Bar No. 103400
      William L. Tucker
      Georgia Bar No. 718050
      Thomas F. Gristina
      Georgia Bar No. 452454

1111 Bay Avenue, Third Floor
Post Office Box 1199
Columbus, Georgia 31902
706-324-0251
706-243-0417 (Fax)
mbc@psstf.com
wlt@psstf.com
tfg@psstf.com

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
Jere F. White (Georgia Bar No. 754050)
J. Banks Sewell III
Enrique J. Gimenez
Jacob M. Tubbs

The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
205-581-0700
205-581-0799 (Fax)
jwhite@lightfootlaw.com
bsewell@lightfootlaw.com
hgimenez@lightfootlaw.com
jtubbs@lightfootlaw.com

Attorney for Defendant Knology, Inc.

KAMBER LAW, LLC

/s  Scott A. Kamber  w/ permission
        Scott A. Kamber

11 Broadway, Ste. 2200
New York, NY 10004
212-920-3072
212-920-3081(Fax)
skamber@kamberlaw.com

PANISH, SHEA & BOYLE, LLP
Rahul Ravipudi
Brian J. Panish

1111 Santa Monica Boulevard
Suite 700
Los Angeles, California 90025
310-477-1700
310-477-1699 (Fax)
ravipudi@psblaw.com
panish@psblaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that as of the date below, I electronically filed Second Joint Status Report of the Parties with the Clerk of Court using the CM/ECF System which will send notification of such filing to all attorneys of Record:

This the 31st day of March, 2011.

/s/ Marcus B. Calhoun, Jr.
Counsel for Defendant