```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

ANDREW PAUL MANARD,              *

    Plaintiff                *
                                         Case Number 4:10-CV-15 (CDL)
vs.                              *

KNOLOGY INC.,                    *

    Defendant                *

## **J U D G M E N T**

Pursuant to this Court's Text Orders dated April 1, 2011, and April 19, 2011, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.  Plaintiff shall recover nothing from Defendant.

This 2nd day of May, 2011.

                                           Gregory J. Leonard, Clerk

                                           s/ Elizabeth S. Long, Deputy Clerk